UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:18-MJ-1058-KS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JALEN OKEITH WATLINGTON | ) | |

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Complaint in this matter, as the defendant has been apprehended and is in local custody.

Respectfully submitted this 15th day of January 2019.

ROBERT J. HIGDON, JR.
United States Attorney

BY:  /s/ John H. Bennett
JOHN H. BENNETT
Assistant United States Attorney
Criminal Division
215 S. Evans Street, Suite 206
Greenville, NC  27858
Telephone: (252) 830-0335
Fax: (252) 830-1132
john.bennett2@usdoj.gov
N.C. State Bar No. 12865

Leave of Court is granted for the filing of the foregoing dismissal.

KIMBERLY A. SWANK
United States Magistrate Judge

DATE: 2/27/19